JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN THE MATTER OF SEARCH OF:<br><br>5711 W. TROPICANA AVE.<br>BUILDING #1, APT. #186<br>LAS VEGAS, NEVADA 89103 | Case No. 2:21-mj-00618-DJA<br><br>**Government's Motion to Unseal Case** |
|---|---|

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:21-cr-00217-JCM-BNW.

DATED this 22nd day of June, 2022.

Respectfully,

JASON M. FRIERSON
United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN THE MATTER OF SEARCH OF:

5711 W. TROPICANA AVE.
BUILDING #1, APT. #186
LAS VEGAS, NEVADA 89103

Case No. 2:21-mj-00618-DJA

**Order to Unseal Case**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 23rd day of June, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE